UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 11-48611-399 |
| OGREITA D BAKER ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 14 filed by |
| ) | UNITED CONSUMER FINANCIAL |
| ) | SVCS |
| ) | Acct: 1657 |
| Debtor ) | |
| ) | 39 OBJ: 01/17/2012 |

## CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

The Trustee certifies that he made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to his objection or that any opposition has been resolved.

ORDCLM--AC

/s/ John V. Labarge, Jr.
John V. Labarge, Jr.
Standing Chapter 13 Trustee

## ORDER

Upon Trustee's objection to claim number 14 filed by UNITED CONSUMER FINANCIAL SVCS, for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is ALLOWED AS A GENERAL UNSECURED CLAIM

**DATED: February 16, 2012**
**St. Louis, Missouri**

**Barry S. Schermer**
**Chief United States Bankruptcy Judge**

Copy mailed to:
OGREITA D BAKER
14 WESTDELL DR
SAINT LOUIS, MO  63136

ROSS H BRIGGS
PO BOX 58628
ST LOUIS, MO  63158

John V. Labarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

UNITED CONSUMER FINANCIAL SVCS
3936 E FORT LOWELL RD
STE 200
TUCSON, AZ  85712